# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darrius Javared Young,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:07-cv-296

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2007 Order.

**Signed: October 23, 2007**

Frank G. Johns, Clerk
United States District Court